**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
RIGOBERTO MARQUEZ GUZMAN

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    vs.<br><br>RIGOBERTO MARQUEZ GUZMAN,<br><br>              Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:26-cr-00091-KES-EPG<br><br>**STIPULATION AND ORDER TO CONTINUE THE PRELIMINARY HEARING TO CHANGE OF PLEA HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE KIRK E. SHERRIFF:

**COMES NOW** Defendant, RIGOBERTO MARQUEZ GUZMAN, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the preliminary hearing currently set for June 10, 2026, at 2:30 p.m. (See ECF Doc. 10) be continued for a Change of Plea Monday, June 29, 2026, at 2:30 p.m.

Defendant has signed the plea agreement; therefore, defense counsel respectfully requests a continuance of the Preliminary Hearing to a Change of Plea to June 29, 2026. AUSA Joshua Banister has no objection to continuing the status conference.

The parties therefore stipulate that the period of time from June 10, 2026, through June 29, 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of

the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: June 09, 2026

*/s/ Alekxia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
RIGOBERTO MARQUEZ GUZMAN

DATED: June 09, 2026

*/s/Joshua Banister*
JOSHUA BANISTER
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the hearing currently set for June 10, 2026, at 2:30 p.m. be reset to a Change of Plea hearing on Monday, June 29, 2026, at 9:30 a.m. before the Honorable Kirk E. Sherriff, and that the period from June 10, 2026, through June 29, 2026, is hereby EXCLUDED from the computation of time within which trial must commence pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:    June 9, 2026

_____
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue the Preliminary Hearing to Change of Plea

2