IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RIGOBERTO GUZMAN-MARQUEZ,<br>Defendant. | Case No.: 1:26-CR-00091-KES-EPG<br>ORDER OF RELEASE |

The above-named defendant having been sentenced on September 21, 2026, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith on this matter only.

The Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: September 21, 2026

UNITED STATES DISTRICT JUDGE